**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROGER A. GOULD, JR.,** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 08-cv-230-S |
| **SMITHKLINE BEECHAM CORPORATION** d/b/a **GLAXOSMITHKLINE** | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE**

I, John A. Tarantino, of Adler Pollock & Sheehan P.C., hereby enter my appearance on behalf of Defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

/s/ John A. Tarantino_
John A. Tarantino, #2586
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: (401) 274-7200
Fax: (401) 351-4607
Dated: June 30, 2008

**Certificate Of Service**

I hereby certify that on this 30th day of June, 2008, I caused to be served a true copy of the within Notice of Appearance **by electronic means (ECF)** on the following attorneys:

Donald A. Migliori, Esq.
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903

_/s/_John A. Tarantino_

*459866_1.doc*