**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROGER A. GOULD, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**SMITHKLINE BEECHAM CORPORATION** d/b/a **GLAXOSMITHKLINE**<br><br>Defendant. | : | Case No. 08-cv-230-S |

**STIPULATION FOR STAY AND EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties in the above-captioned action that this matter be stayed pending transfer to the United States District Court for the Eastern District of Pennsylvania for inclusion in the multidistrict litigation captioned: <u>In re: Avandia Marketing Sales Practices and Products Liability Litigation</u>, (MDL No. 1871) (the "Avandia Multidistrict Litigation"). It is further AGREED AND STIPULATED that the time for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline to move, plead, or otherwise respond to Plaintiff's Complaint is extended to such time as ordered by the Honorable Cynthia M. Rufe or otherwise provided for in the Avandia Multidistrict Litigation.

Dated: June 30, 2008

_/s/ Donald A. Migliori
Donald A. Migliori, #4936
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
Telephone: (401) 457-7700
Fax: (401) 457-7708
Email: dmigliori@motleyrice.com

Attorneys for Plaintiff

_/s/ John A. Tarantino_
John A. Tarantino, #2586
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: 401) 274-7200
Fax: (401) 351-4607
Email: jtarantino@apslaw.com

Attorneys for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline

**Certificate Of Service**

I hereby certify that on this 30th day of June, 2008, I caused to be served a true copy of the within Stipulation for Stay and Extension of Time **by electronic means (ECF)** on the following attorneys:

Donald A. Migliori, Esq.
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903

_/s/_John A. Tarantino______

*459861_1.doc*